FID# 3559719

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

Joey Westbrook
*Defendant*

Case No. 2:15-127 (6)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joey Westbrook

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violations of Pretrial Release

Date: 04/02/2019

/s/ Kimberly A. Jolson
*Issuing officer's signature*

City and state: Columbus, Ohio

Kimberly A. Jolson, United States Magistrage Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/02/2019, and the person was arrested on *(date)* 10/02/2019
at *(city and state)* Kissimmee, Florida

Date: 10/02/2019

*Arresting officer's signature*

*Printed name and title*

Case 6:19-mj-01692-EJK Document 1 Filed 10/02/19 Page 2 of 4 PageID 2
PROB 12C
Rev (12/98)
Case: 2:15-cr-00127, Document: 434, Filed: 04-02-2019, Page 1 of 3

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF OHIO

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Joey Westbrook** | Case Number: **2:15CR00127 (6)** |
| Name of Sentencing Judicial Officer: | **The Honorable Kimberly A. Johnson**<br>**United States Magistrate Judge**<br>**Southern District of Ohio** |
| Date of Original Sentence: | **October 26, 2016** |
| Original Offense: | **Conspiracy to Commit Wire Fraud Affecting a Financial Institution, a violation of Title 18 U.S.C. § 1349, a Class B felony** |
| Original Sentence: | **Thirty-Six (36) Month(s) Incarceration, to be followed by thirty-six month(s) supervised release; restitution in the amount $928,008.92 and a $100 special assessment** |
| Type of Supervision: | Date Supervision Commenced: **September 6, 2018** |
| Assistant U.S. Attorney: **Gary L. Spartis** | Defense Attorney: **To be retained or appointed at a later date** |

## PETITIONING THE COURT

☒ To issue a Warrant

☐ To issue a Summons

☐ To grant an exception to revocation without a hearing

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **STANDARD CONDITION NO. 7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician".** |

On February 21, 2019, Mr. Westbrook submitted a urine specimen which returned positive for Marijuana. On March 29, 2019, Mr. Westbrook submitted a urine specimen which returned positive for both Benzodiazepines and Marijuana.

PROB 12C
Rev (12/98)
Re: Joey Westbrook
Case No: 2:15CR00127 (6)

2

#2  **SPECIAL CONDITION NO. 1: " The defendant shall participate in the Curfew component of the Location Monitoring Programs. While on curfew in the Location Monitoring Program, you are restricted to your residence every day as directed by the probation officer."**

On March 20, 2019, Mr. Westbrook incurred a Did Not Enter alert at 21:00 and an Unauthorized Enter at 21:58. On March 26, 2019, Mr. Westbrook incurred an Unauthorized Leave alert at 23:02 and an Unauthorized Enter at 23:16. On March 27, 2019, Mr. Westbrook incurred a Did Not Enter alert at 21:00 and an Unauthorized Enter at 22:17.

On April 1, 2019, the undersigned probation officer received confidential information which places co-occupants at risk of harm. Given this information, the undersigned probation officer does not believe the current address is appropriate for Mr. Westbrook to reside. Therefore, it is respecfully requested that the defendant's bond be revoked and he be detained pending his final supervised release revocation hearing.

**U.S. Probation Officer Recommendation:**

The term of supervision should be

☒ Revoked

☐ Extended for [ --- ] years, for a total term of [ --- ] years

☐ Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_[signature]_

Shawn D. Stewart
U.S. Probation Officer
April 2, 2019

Reviewed & Approved,

_[signature]_

Brandon K. Mitchell, Sr.
Senior U.S. Probation Officer
April 2, 2019

**Sealed Under S. D. Ohio Crim. R. 32.2**
**Unauthorized Disclosure is Prohibited**

PROB 12C
Rev (12/93)
Re: Joey Westbrook
Case No: 2:15CR00127 (6)    3

## THE COURT ORDERS:

☐ No Action

☒ The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest. **The signed Probation Form 12C (Petition for Action), as well as the warrant for arrest, is to be filed under seal in the Electronic Case File (ECF) system until such time as the warrant is executed.**

☐ The Issuance of a Summons

☐ The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.

☐ Other:

_____
Signature of Judicial Officer

April 2, 2019
Date